## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:22-cv-00188-PB |
| v. ) | |
| ) | |
| FRANKLIN PIERCE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF CONSENT RE: MOTION FOR ADMISSION
## OF WILLIAM J. WAHRER, ESQ. *PRO HAC VICE*

NOW COMES counsel for Defendant, Franklin Pierce University, ("Franklin Pierce"), and hereby provides a statement of consent for the admission *pro hac vice* of William J. Wahrer, Esq. ("Applicant") as follows:

1. Consent from Ted Lothstein, counsel for Plaintiff John Doe, in the above-titled action, was obtained via email stating he has no objection to the Motion to admit William. J. Wahrer *pro hac vice*.

Respectfully submitted,

Dated:  August 23, 2022          */s/ Ronald W. Schneider, Jr.*
Ronald W. Schneider, Jr., Esq. (BBO # 12157)

BERNSTEIN SHUR
100 Middle Street, P.O. Box 5029
Portland, ME  04104
(207) 774-1200
rschneider@bernsteinshur.com

1

## **CERTIFICATE OF SERVICE**

I certify that on this 23rd day of August, 2022, the foregoing was filed on ECF, which will send electronic notice to all counsel of record in this matter.

                                                  */s/ Ronald W. Schneider, Jr.*
                                                  Ronald W. Schneider, Jr., Esq.