UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br>v.<br><br>FRANKLIN PIERCE UNIVERSITY,<br><br>   Defendant. | )<br>)<br>)<br>)  Case No. 1:22-cv-00188-PB<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT MEDAITION STATEMENT**

Counsel for the parties have had the opportunity to confer about the prospect of mediation and have agreed to mediate this matter. The parties agree to select a mediator by mutual agreement and expect mediation to occur within 60 days from the date of this filing.

Dated: August 15, 2023

               */s/ Ronald W. Schneider, Jr.*
               Ronald W. Schneider, Jr., Esq., N.H. Bar # 12157
               William J. Wahrer, Esq., *pro hac vice*
               Matthew J. Miller, N.H. Bar # 271594

               Attorneys for Defendant Franklin Pierce University

               BERNSTEIN SHUR
               100 Middle Street, P.O. Box 5029
               Portland, ME  04104
               (207) 774-1200
               rschneider@bernsteinshur.com
               wwahrer@bernsteinshur.com
               mmiller@bernsteinshur.com

Dated: August 15, 2023

                                                          */s/ Kaylee C. Doty*
Kaylee C. Doty, N.H. Bar # 273677
Theodore M. Lothstein, N.H. Bar # 10562

Attorneys for Plaintiff John Doe

Lothstein Guerriero, PLLC
5 Green Street
Concord, NH 03301
(603) 513-1919
kaylee@nhdefender.com
lgconcord@nhdefender.com