UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>FRANKLIN PIERCE UNIVERSITY, )<br>)<br>Defendant. ) | Case No. 1:22-cv-00188-PB |

**PARTIES' <u>AMENDED</u> JOINT MEDIATION STATEMENT**

Counsel for the parties have had the opportunity to confer about the prospect of mediation and have agreed to mediate this case. The parties have agreed to Judge Johnstone by mutual agreement and have agreed to waive the recusal of Judge Johnstone for purposes of mediation only. The parties respectfully request that the Court schedule a mediation for this matter with Judge Johnstone within 60 days of this filing, as Judge Johnstone's schedule permits.

Dated: August 23, 2023.

*/s/ Ronald W. Schneider, Jr.*
Ronald W. Schneider, Jr., Esq., N.H. Bar # 12157
William J. Wahrer, Esq., *pro hac vice*
Matthew J. Miller, N.H. Bar # 271594

Attorneys for Defendant Franklin Pierce University

BERNSTEIN SHUR
100 Middle Street, P.O. Box 5029
Portland, ME  04104
(207) 774-1200
rschneider@bernsteinshur.com
wwahrer@bernsteinshur.com
mmiller@bernsteinshur.com

August 23, 2023 	 */s/ Kaylee C. Doty*
Kaylee C. Doty, N.H. Bar # 273677
Theodore M. Lothstein, N.H. Bar # 10562

Attorneys for Plaintiff John Doe

Lothstein Guerriero, PLLC
5 Green Street
Concord, NH 03301
(603) 513-1919
kaylee@nhdefender.com
lgconcord@nhdefender.com