EXHIBIT 23

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:22-cv-00188-PB |
| ) | |
| FRANKLIN PIERCE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF COVENTIONAL FILING

Please take notice that Defendant Franklin Pierce University ("Defendant") has conventionally filed the following document attached to Defendant's Motion for Summary Judgment.

- Ex. 23, Administrative Hearing Transcript

This document has not been filed electronically because it has been filed under seal for the reasons stated in Defendant's Assented-to Motion to Seal.

Dated: September 15, 2023

/s/ Ronald W. Schneider, Jr.
Ronald W. Schneider, Jr., Esq., N.H. Bar # 12157
William J. Wahrer, Esq., *pro hac vice*
Matthew J. Miller, N.H. Bar # 271594

Attorneys for Defendant Franklin Pierce University

BERNSTEIN SHUR
100 Middle Street, P.O. Box 5029
Portland, ME  04104
(207) 774-1200
rschneider@bernsteinshur.com
wwahrer@bernsteinshur.com
mmiller@bernsteinshur.com

## CERTIFICATE OF SERVICE

I certify that on this 15th day of September, 2023, the foregoing was filed on ECF, which will send electronic notice to all counsel of record in this matter.

_/s/ Ronald W. Schneider, Jr._
Ronald W. Schneider, Jr., Esq., N.H. Bar # 12157
