**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| John Doe<br><br>v.<br><br>Franklin Pierce University | Civil Action No. 1:22-cv-00188 |

## APPENDIX - PLAINTIFF'S EXHIBIT LIST FOR MOTION FOR SUMMARY JUDGMENT

Plaintiff John Doe ("Doe"), by and through counsel, hereby provides an exhibit list of exhibits filed under seal at Level 1 with this Court, alongside the Motion for Summary Judgment.

| | |
|---|---|
| 1 | Franklin Pierce University Sexual Misconduct Policy |
| 2 | Franklin Pierce University Title IX Grievance Policy |
| 3 | October 27, 2021, Franklin Pierce University's Notice of Emergency Ban from Campus to John Doe |
| 4 | November 2, 2021, Franklin Pierce University's Notice of Investigation to John Doe |
| 5 | January 21, 2022, Emails Between Theodore Lothstein and Susan Schorr |
| 6 | February 14, 2022, Franklin Pierce University's Letter to John Doe |
| 7 | March 1, 2022, Franklin Pierce University's Hearing Notice for March 10, 2022, to John Doe |
| 8 | March 15, 2022, Franklin Pierce University's Notice of Charges to John Doe |
| 9 | March 29, 2022, Email from Kevin O'Leary to John Doe |
| 10 | April 8, 2022, Final Decision of Board |
| 11 | April 15, 2022, Email from Andrew Pollom Stating No Appeal Received |
| 12 | April 15, 2022, Franklin Pierce University's Letter to John Doe Stating No Appeal Received |

| 13 | April 15, 2022, John Doe's Appeal to Franklin Pierce University |
| --- | --- |
| 14 | August 28, 2023, Transcript of the Deposition of Kevin O'Leary |
| 15 | August 16, 2023, Transcript of the Deposition of Andrew Pollom |
| 16 | August 16, 2023, Transcript of the Deposition of Lindsay Vago |
| 17 | August 16, 2023, Transcript of the Deposition of Derek Scalia |
| 18 | August 28, 2023, Transcript of the Deposition of Kaedynne Wilson |
| 19 | April 28, 2023, Transcript of the Deposition of John Doe |
| 20 | March 7, 2022, Emails with Kevin O'Leary re Postponing Hearing |
| 21 | March 30, 2022, Email from Andrew Pollom re Motion to Dismiss |
| 22 | April 9, 2022, John Doe Email to Andrew Pollom re No Contact Violation |
| 23 | May 17, 2022, Decision from Franklin Pierce University on John Doe's Appeal |
| 24 | December 14, 2021, Transcript of Susan Schorr's Zoom Interview of John Doe |

Respectfully submitted,

/s/*Theodore M. Lothstein*
Theodore M. Lothstein
N.H. Bar. No. 10562
Lothstein Guerriero, PLLC
Five Green Street
Concord, NH 03301
TEL: (603) 513-1919

**CERTIFICATE OF SERVICE**

I, Theodore Lothstein, hereby certify that a copy of this exhibit list will be sent this 15 September 2023 to all registered subscribers to this case on ECF including counsel for the defendant.

/s/Theodore M. Lothstein
Theodore Lothstein