```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**John Doe**

    v.                                                         Case No. 22-cv-188-PB

**Franklin Pierce University**

### Mediation Report

The parties successfully resolved the case following the mediation session held on October 30, 2023.  An appropriate agreement for entry of judgment or stipulation of dismissal shall be filed within thirty (30) days.  LR 41.1.

    SO ORDERED.

                                                  _/s/ Andrea K. Johnstone_
                                                  Andrea K. Johnstone
                                                  United States Magistrate Judge

October 31, 2023

cc:  Counsel of record