UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANKLIN PIERCE UNIVERSITY, )<br>)<br>Defendant. ) | Case No. 1:22-cv-00188-PB |

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL

The Plaintiff, John Doe, and the Defendant, Franklin Pierce University, hereby stipulate that this matter be dismissed with prejudice, without rights of appeal, and with each party bearing their own costs and fees, pursuant to Rule 41(a)(1)(A)(ii).

Dated: November 30, 2023

| | |
|---|---|
| */s/ Ronald W. Schneider, Jr.* | */s/ Kaylee C. Doty* |
| Ronald W. Schneider, Jr., Esq., N.H. Bar # 12157 | Kaylee C. Doty, N.H. Bar # 273677 |
| William J. Wahrer, Esq., *pro hac vice* | Theodore M. Lothstein, |
| Matthew J. Miller, N.H. Bar # 271594 | N.H. Bar # 10562 |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff John Doe |
| Franklin Pierce University | Lothstein Guerriero, PLLC |
| BERNSTEIN SHUR | 5 Green Street, |
| 100 Middle Street, P.O. Box 5029 | Concord, NH (603) 513-1919 |
| Portland, ME 04104 | kaylee@nhdefender.com |
| (207) 774-1200 | lgconcord@nhdefender.com |
| rschneider@bernsteinshur.com | |
| wwahrer@bernsteinshur.com | |
| mmiller@bernsteinshur.com | |

1