UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Doe

    v.

Franklin Pierce University

Case No. 22-cv-188-PB

JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Memorandum and Order by Judge Paul Barbadoro dated March 17, 2023; and

2. Stipulation of Dismissal dated November 30, 2023.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: November 30, 2023

cc: Counsel of Record